Christopher Martin (SBN 141469)
Nationally Board Certified Criminal Trial Advocate
1160 Brickyard Cove Rd., Ste. 200
Pt. Richmond, CA. 94801
Telephone: (510) 439-4141
Facsimile: (510) 439-4150
email: chris@martindefenders.com

Michael Dietrick (SBN 92150)
Attorney at Law
10 Keller St., Ste. 275
Petaluma, CA. 94952
Telephone: (707) 763-5019
Facsimile: (707) 763-5022
email: dietrick@pacbell.net

Attorneys for Plaintiffs
John Farrow, Jerome Wade,
And all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Farrow, Jerome Wade, on their behalf, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Contra Costa County Public Defender Robin Lipetzky, in her official capacity, and DOES 1 through 20, et al.,<br><br>    Defendants. | No. C12-6495 JCS<br><br>CLASS ACTION<br><br>~~PROPOSED~~ **ORDER**<br>RE: REQUEST FOR PERMISSION TO FILE STATEMENT OF RECENT DECISION<br><br><br>Date:   July 12, 2013<br>Time:   1:30 p.m.<br>Crtrm:  G, 15th Floor<br>Judge:  Hon. Joseph C. Spero Presiding<br>Date Action Filed: December 21, 2012<br>Trial Date: None Assigned |

Plaintiffs have moved this Court for permission to file a Statement of Recent Decision, after the hearing, relating to two recent, relevant cases from other jurisdictions that were provided to Defendant before the hearing.

Dated: 4-15-13

Christopher Martin
Attorney at Law

Michael Dietrick
Attorney at Law

By: _____
    Christopher Martin

Attorneys for Plaintiffs

Plaintiffs' Request for Permission to File a Statement of Recent Decision is GRANTED.

IT IS SO ORDERED:

Dated: 4/16/13

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER