**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF CONTRA COSTA**
Administration Building
651 Pine Street, 9th Floor
Martinez, California 94553-1229

(925) 335-1800
(925) 646-1078 (fax)

Writer's Direct Dial:
(925) 335-1890

**SHARON L. ANDERSON**
COUNTY COUNSEL

MARY ANN MCNETT MASON
ASSISTANT

MONIKA L. COOPER
THOMAS L. GEIGER
JANET L. HOLMES
STEVEN P. RETTIG
SUPERVISING DEPUTIES



April 19, 2013

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102-3483

Re:   *John Farrow, et al. v. Robin Lipetzky*
      USDC-SF Case No. C12-6495 JCS

Dear Magistrate Judge Spero:

The parties are still discussing a specific ADR proposal for this case and request that they be given another week to submit the joint letter proposing an ADR process.

Sincerely,

Dated: 4/22/13

SHARON L. ANDERSON
COUNTY COUNSEL

By: _____
D. CAMERON BAKER
Deputy County Counsel

DCB:jh

*IT IS SO ORDERED*
Judge Joseph C. Spero