UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN FARROW, et al.,

    Plaintiffs,

  v.

ROBIN LIPETZKY,

    Defendant.

Case No. 12-cv-06495-JCS

**ORDER**

The Second Amended Complaint not having been amended as permitted in the Court's order of August 7, 2013, the Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: August 30, 2013

_____

JOSEPH C. SPERO
United States Magistrate Judge