FILED

AUG 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN FARROW, on his behalf, and on behalf of all others similarly situated; JEROME WADE, on their behalf, and on behalf of others similarly situated, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CONTRA COSTA COUNTY, <br><br> Defendant-Appellee, <br><br> and <br><br> ROBIN LIPETZKY, Contra Costa County Public Defender, <br><br> Defendant. | No.   19-15152 <br><br> D.C. No. 3:12-cv-06495-JCS Northern District of California, San Francisco <br><br> ORDER |

Before: GOULD, CHRISTEN, and BRESS, Circuit Judges.

Appellants' renewed motion for stay of the issuance of the mandate pending application for writ of certiorari is granted. Fed. R. App. P. 41(b).

On June 15, 2020, the court ordered the mandate stayed for a period not to exceed 90 days pending the filing of the petition for writ of certiorari in the Supreme Court. The mandate is stayed for an additional 60 days. Should

appellants file for a writ of certiorari, the stay shall continue until final disposition by the Supreme Court.