# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 26, 2020

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

  Re: John Farrow, et al.
    v. Contra Costa County, California
    No. 20-549
    (Your No. 19-15152)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on October 21, 2020 and placed on the docket October 26, 2020 as No. 20-549.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Lisa Nesbitt
          Case Analyst